UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Markian Gavriilvich Kuznetsov

*(Enter full name of plaintiff)*

Plaintiff,

v.

Lt Naima N Chambers

Department of Corrections

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 2:20-cv-00155-MO
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes   ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**   Name: Markian Kuznetsov  SID# 17218888
Street Address: 777 Stanton Blvd
City, State & Zip Code: Ontario OR, 97914
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)                    1
[Rev. 01/2018]

**Defendant No. 1**  Name: Lt Naima N Chambers
Street Address: 2575 center street NE
City, State & Zip Code: Salem, OR, 97310
Telephone No.: _____

**Defendant No. 2**  Name: oregon dept of corrections
Street Address: 2575 center street NE
City, State & Zip Code: Salem, OR, 97310
Telephone No.: _____

**Defendant No. 3**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Eigth Amendment, personal safety, failver to protect, classification, ~~sexual~~ ~~secelledeleste~~ safe placement,

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

SEE Attached Paper Please

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Page #1                                                            1-4-20

# Claims

1. I was placed at Two Rivers Correctional facility on 4-10-18 specifically by O.D.O.C.

2. Because I was part of a Active organization call "NORTENO'S".

3. Members of this organization cannot **safely** serve time in Any prison beside (EOCI) (TRCI) and (OSCI).

4. "NORTENO'S" are regularly attacked by other organizations that are at these other facility's such as (OSP) and (S.R.C.I).

5. E.O.C.I and T.R.C.I, These insititutions house and maintain members of the NORTENO organization I was a member of.

6. It is O.D.O.C Practise to house NORTENO'S gang members of medium custody at EOCI or T.R.C.I To do so otherwise is a safety and security threat to inmates and to the insititution.

[signature] 1-4-20

Page #2                                                                 1-4-20

# Claim's

7. This is all a known fact by O.D.O.C

8. In my oriantation in to O.d.o.C in march of 2018 at coffee creek correctional facility I filed a conflict information Kyte.

9. Regarding my concerns and affiliations about going to OSP and SRCI.

10. And I also notifyed my counselr at the facility CCCF.

11. On the week of 11-1-18 or the last week of october 2018 sometime between that time S.T.M chambers approched me at NOON meal time.

12. And Asked me about information to do with Stg Pica's.

13. I Told her I have NO information about that stg group.

[signature]

1-4-20

Page #3                    Claims                    1-4-20

14. And to speak about that stg group would put my safety in danger.

15. S.T.M Chambers than began to inform me without my cooperation she would send me to another prison.

16. I told her "I dont care I cant go to O.S.P or S.R.C.I because of safety issues".

17. She then told me "Not my Problem".

18. On the date of 11-8-18 I was put in DSU for Admin seg.

19. On the date of 11-27-18 I was transfered to OSP without warning or explanation.

20. On my arrival to OSP I immiedietly told an unknown officer "I cannot be here".

21. That I will be attacked if I walk here.

                    [signature] 1-4-20

Page #4  Claim's  1-4-20

22. The officer would Not do Anything Refused to call rank and Help at all.

23. All He said was "you'll be fine".

24. And with in 48 hours of my stay at OSP I was assaulted on 11-29-18

25. Finally officers took notice and Placed me on AdMin seg.

26. I was then sent to Another Prison that is considered a Prison where members of NORTENOS can safely serve time.

27. IT has Been made aware to me by x-rays and MRI'S and doctor's and Nero consulting that I have sever Neck injury's.

28. Caused by the attack done to me at OSP.

29. In the attack I also sustained a damaged Nose.

*[signature]* 1-4-20

Page #5　　　Claims　　　1-4-20

30. And injury's to my eye which the i injury is called "floaters".

31. I have sever Nerve damage in my arm and Neck.

32. I have startd to lose streanth and mobilitay and fundcation in my right arm and hand.

33. On the date 12-20-19 I went to the hospital to talk to my doctor and am Now schecduled for segory on my Neck.

34. This all happend from the Actions of O.d.o.C and Lt S.T.M Chambers.

Bratton 1-4-20

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes          ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would like compensatory and Punitive damage of (To be determied by courts) for Broken Nose, sever Nerve damage in Neck and arm, and damages done to my eye's from trama causing "floaters" in my vision, Loss of sleep, constent and NoNstop Large amount of Pain, mental and emotion Anguish, segergation, and being in the Hole for christmas Not able to Talk to family. and Loss of streanth and fundction of Right arm.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of January, 2020.

_____
(Signature of Plaintiff)